IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| JIM D. SHOFNER, | ) | |
| | ) | |
| Defendant. | ) | **01CR 50 H** |

**F I L E D**

APR 2 0 2001

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## NOTICE OF RELATED CASES

Pursuant to Order No. M-128, the United States Attorney for the Northern District of Oklahoma gives the Clerk of this Court notice that Case No. 01-CR-36-C, <u>United States v. Barbara Jean Tillman, a/k/a Barbara Jean Hale, a/k/a Barbie Hale, a/k/a B. Hale</u>, is related to this case, <u>United States v. Jim D. Shofner</u>.

Respectfully submitted,

THOMAS SCOTT WOODWARD
United States Attorney

Scott W. Putney, FL Bar No. 329118
Assistant United States Attorney
333 West Fourth Street, Suite 3460
Tulsa, Oklahoma 74103
(918) 581-7463

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April 2001, a true and correct copy of the foregoing was served by mail on:

Tony M. Graham, Esquire
Attorney for defendant Jim D. Shofner
Park Centre Suite 1000
525 South Main Street
Tulsa, Oklahoma 74103-4514

Scott W. Putney
Assistant United States Attorney

2