**F I L E D**

SEP 0 5 2001

Phil Lombardi, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 01-CR-050-001-C |
| | ) |
| JIM D. SHOFNER, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO
DEFENDANT'S SENTENCING MEMORANDUM**

The United States has reviewed defendant JIM D. SHOFNER's sentencing memorandum and

acknowledges that, almost as soon as defendant SHOFNER became aware that he had become a

target of the grand jury investigation concerning the bankruptcy case filed on behalf of Barbara Jean

Tillman, defendant SHOFNER initiated plea discussions that were quickly reduced to a plea

agreement, thereby allowing this Honorable Court and the United States to conserve their respective

resources.  Other matters raised in defendant SHOFNER's sentencing memorandum may also be

well-taken by the Court.  Yet defendant SHOFNER's Sentencing Guidelines computation is two

levels higher than coconspirator Tillman's, because defendant SHOFNER "used special legal skills

to commit [the] offense" (Presentence Investigation Report 9).  Thus, defendant SHOFNER's

sentence should be appropriately "more harsh than," and should "exceed," coconspirator Tillman's

(Defendant's Sentencing Memorandum 9).  Nevertheless, the United States did not oppose the two

-level downward departure sought by (and awarded by the Court to) coconspirator Tillman, and the United States does not oppose defendant SHOFNER's motion for downward departure to the extent of two levels.  Of course, the extent of any departure is committed to the sound discretion of the Court.

Respectfully submitted,

THOMAS SCOTT WOODWARD
United States Attorney


Scott W. Putney
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing response is being served this 5th day of September 2001 on:

Tony M. Graham, Esquire
525 South Main, Suite 1000
Tulsa, Oklahoma 74103
(by U.S. Mail)
(by facsimile (918-584-3814))

and

Larry Morris
United States Probation Office
3820 U.S. Courthouse
333 West 4th Street
Tulsa, Oklahoma
(by hand delivery)

Scott W. Putney

3